In the Matter of 381 SEARCH WARRANTS DIRECTED TO FACE-BOOK, INC., Appellant. NEW YORK COUNTY DISTRICT AT-TORNEY'S OFFICE, Respondent. (And Another Proceeding.)

Submitted January 3, 2017; decided January 12, 2017

Motion by New York Civil Liberties Union et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Judge GARCIA taking no part.